UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRASER ROTCHFORD,<br><br>             Plaintiff,<br><br>   v.<br><br>BELIEVE IN RECOVERY,<br><br>             Defendant. | CASE NO. C19-5140 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's complaint is **DISMISSED** without prejudice; and

(3)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 16th day of July, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER